FILED

MAY 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS POTOCKI and KELLY DAVENPORT,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | No. 11-cv-02467 JAM-KJN<br><br>**ORDER OF NON-RELATED CASES** |
| THADDEUS J. POTOCKI and KELLY R. DAVENPORT,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | No. 14-cv-01050 WBS-DAD |

    The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(c). Because the action 11-cv-02467 JAM-KJN was remanded and closed almost two and a half years ago, assignment of the matters to the same judge is not likely to

1

1 | effect a substantial savings of judicial effort or other
2 | economies.
3 |     Accordingly, 2:14-cv-01050-WBS-DAD shall not be reassigned
4 | to the undersigned judge.
5 |     IT IS SO ORDERED.
6 | May 22, 2014

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE