Mark D. Lonergan (State Bar No. 143622)
mdl@severson.com
Edward R. Buell III (State Bar No. 240494)
erb@severson.com
Daska P. Babcock (State Bar No. 215172)
dpb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR WELLS FARGO MORTGAGE
BACKED SECURITIES 2005-AR1 TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| THADDEUS J. POTOCKI and KELLY R. DAVENPORT,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN SERVICING SOLUTIONS, LLC; U.S. BANK, N.A.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01050-WBS-DAD<br>Senior U.S. District Judge William B. Shubb<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT**<br><br>[Removed from Sacramento County Superior Court, Case No. 34-2014-00160873] |

The Court, having reviewed the joint stipulation filed by plaintiffs Thaddeus J. Potocki and Kelly R. Davenport ("Plaintiffs") and defendants Wells Fargo Bank, N.A.; U.S. Bank National Association, as Trustee for Wells Fargo Mortgage Backed Securities 2005-AR1 Trust; and First American Servicing Solutions, LLC ("Defendants") to remand the present action to the Superior Court of California, County of Sacramento, case number 34-2014-00160873, and finding good cause therefore, hereby GRANTS the parties' request and ORDERS as follows:

1    This matter hereby is REMANDED to the Superior Court of California, County of
2 Sacramento, where it was previously assigned case number 34-2014-00160873;
3    Each party shall bear its own fees and costs relating to or arising out the removal and
4 remand.
5    It is so ordered.
6    Dated: July 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE